IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MELVIN LEE SINGLETARY**                                                         **PETITIONER**

v.                                                                          CAUSE NO. 1:12cv297-HSO-RHW

**RICKY ADAM and EVAN HUBBARD**                                      **RESPONDENTS**

### CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

Date: February 13, 2013                        *s/Halil Suleyman Ozerden*
                                                                HALIL SULEYMAN OZERDEN
                                                                UNITED STATES DISTRICT JUDGE